## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.

ANDREWS ODURO BROWN and
CHARMAINE MIESHA BROWN,

  Defendants.

Criminal Action No. TDC-22-0164

## ORDER

During the Status Conference on August 18, 2022, there was an oral motion by the parties to extend the briefing schedule. For the reasons stated on the record, the motion is granted. The Court set the following filing deadlines for the briefs on the following pending motion: **Motion to Dismiss, ECF No. 45.**

Government's Opposition Memorandum:   **October 18, 2022**

Defendants' Reply Memorandum:   **November 1, 2022**

Date: August 18, 2022

THEODORE D. CHUANG
United States District Judge