Charmaine Brown
TDC-8-22-cr-00164-00

## Motion to include additional supporting documents for Compassionate release:

As the Court is aware of petitioner "Charmaine" Brown children with special needs; her adult daughter K.B. is currently in extreme crisis, with no support. Per attached email conversations between petitioner "Charmaine" and staff at Alderson Federal Prison Camp, the FBOP does not have the ability to provide support services to petitioner "Charmaine" to provide legal, medical, and mental health services to her children, specifically her severely disable daughter who is 24 years old, she is having a break in her mentality where she believes she's an African deity (phone calls recorded) and thinks people are trying to track her and destroying property and attacking people. She's not on her medicine and needs help.

Please seal all supporting documents



FILED _____ ENTERED
LOGGED __IM__ RECEIVED

FEB 0 4 2025

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY                          DEPUTY